UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-604-RJC-DSC

| RUSSELL PASTORINO, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) |  |
|  | ) | **ORDER** |
| YAMAHA MOTOR CORPORATION, USA; MMS SALES, INC.; MATTHEWS FUN MACHINES; | ) |  |
| Defendants. | ) |  |

**THIS MATTER** is before the Court, *sua sponte*, regarding the status of the case. On June 20, 2014, the Mediator filed a report informing this Court that the matter had been settled completely prior to mediation. (Doc. 20). Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within thirty (30) days. All deadlines are hereby TERMINATED. The parties are directed to file their Stipulation of Dismissal within thirty (30) days of the issuance of this order. A failure to do so will result in the dismissal of this case without prejudice.

IT IS SO ORDERED.

Signed: July 28, 2014

Robert J. Conrad, Jr.
United States District Judge